No. 10-5750. Phillip Rosenblum, Petitioner v. Roseanne Campbell, Warden.

562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 7957.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 782.

No. 10-5751. Joseph A. Sherman, Petitioner v. David Henderson, Yolo County District Attorney, et al.

562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 7981.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 382 Fed. Appx. 557.

No. 10-5755. James W. King, Petitioner v. Iowa Department of Corrections, et al.

562 U.S. 966, 131 S. Ct. 499, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 8043.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 598 F.3d 1051.

No. 10-5757. Roderick Lee, Petitioner v. Nick Ludwick, Warden.

562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 8027.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5758. Tiram Lewis, Petitioner v. Coca-Cola Enterprises, Inc.

562 U.S. 966, 131 S. Ct. 466, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 8045.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5759. Abdur Rahman Kantamanto, Petitioner v. Lorenzo North.

562 U.S. 966, 131 S. Ct. 466, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 7966,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 163.

No. 10-5761. Dairell Brown, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 966, 131 S. Ct. 466, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 7948.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5766. Kenneth K. Knight, Petitioner v. James A. Yates, Warden.

562 U.S. 966, 131 S. Ct. 466, 178 L. Ed. 2d 296, 2010 U.S. LEXIS 8048.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.